```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SOMERSET CONSULTING, LLC, et al.:       CIVIL ACTION
                                 :
       v.                        :
                                 :
UNITED CAPITAL LENDERS, LLC,     :
et al.                           :       NO. 10-3622
```

ORDER

AND NOW, this 15th day of November, 2011, upon consideration of plaintiffs Somerset Consulting, LLC and Charlotte Schmeling's amended complaint, defendants United Capital Lenders, LLC, Christopher Herghelegiu, and George Herghelegiu's motion to dismiss plaintiffs' complaint and compel arbitration (docket entry # 8), and plaintiffs' response in opposition thereto (docket entry # 9), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

      1.   Defendants United Capital Lenders, LLC, Christopher Herghelegiu, and George Herghelegiu's motion to dismiss plaintiffs' complaint and compel arbitration (docket entry # 8) is GRANTED;

      2.   Counts I through X of the Amended Complaint are DISMISSED;

      3.   Plaintiffs shall SUBMIT this dispute to arbitration in accordance with the terms of the April 18, 2008 agreement between Somerset Consulting, LLC and United Capital

Lenders, LLC; and

        4.    The Clerk of Court shall CLOSE this case statistically.

                      BY THE COURT:

                      __\s\Stewart Dalzell